**EXHIBIT 1**

# BURSOR & FISHER
P.A.

**701 BRICKELL AVENUE**  
**SUITE 1420**  
**MIAMI, FL 33131**  
**www.bursor.com**

SARAH N. WESTCOT  
Tel: **305.330.5512**  
Fax: **305.676.9006**  
swestcot@bursor.com

November 23, 2021

*Via Certified Mail - Return Receipt Requested*

Walmart Inc.
Attn: Legal Department
702 SW 8th Street
Bentonville, Arkansas 72716

Re: *Notice and Demand Letter Pursuant to U.C.C. § 2-607;*
*Fla. Sta. §§ 501.201, et seq.;*
*and all other relevant state and local laws*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Walmart Inc. ("You") pursuant to U.C.C. § 2-607(3)(a) concerning breaches of express and implied warranties – and violations of state consumer protection laws, including but not limited to the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Sta. §§ 501.201, *et seq.* – related to our client, Dawn Van der Steeg, and a class of all similarly situated purchasers (the "Class") of defective and falsely labeled Sure antiperspirant products manufactured and sold by You.

In or about February 2021, our client purchased a canister of Your Equate Dry Spray (the "Product") in Florida. The Equate Product was manufactured by You in Arkansas and sold by You in Florida and across the United States. Our client's Product was defective in that it contained elevated levels of Benzene, a carcinogenic and toxic chemical impurity that has been linked to leukemia and other cancers. On November 3, 2021, Valisure, an online pharmacy registered with the FDA, "detected high levels of benzene and other contaminants in specific batches of body spray products, some of which contain active pharmaceutical ingredients aluminum chlorohydrate or aluminum sesquichlorohydrate."[1] This included the Equate Product manufactured by You, which contained as much as 6.15 parts per million of Benzene.[2] Notably, the presence of Benzene in the Equate Product is avoidable, meaning the Equate Product could

---

[1] VALISURE, VALISURE CITIZEN PETITION ON BENZENE IN BODY SPRAY PRODUCTS, Nov. 3, 2021, https://www.valisure.com/wp-content/uploads/Valisure-FDA-Citizen-Petition-on-Body-Spray-v4.0-3.pdf (the "Valisure Petition"), at 1.

[2] *Id.* at 12.

have been manufactured without Benzene.  There is no reason Benzene should be present in the Equate Product and there is no acceptable level of Benzene in the Equate Product.

In short, the Equate Product that our client and the Class purchased is worthless, as it contains Benzene, rendering it unusable and unfit for humans.  *See* 21 U.S.C. §§ 331(a), 352; *see also Debernardis v. IQ Formulations, LLC*, 942 F.3d 1076, 1085 (11th Cir. 2019); *In re Valsartan, Losartan, & Irbesartan Prod. Liab. Litig.*, 2021 WL 222776, at *16 (D.N.J. Jan. 22, 2021).  You violated express and implied warranties made to our client and the Class regarding the quality and safety of the Equate Product they purchased.  *See* U.C.C. §§ 2-313, 2-314.

This letter also serves as notice of violation of the FDUTPA, Fla. Sta. §§ 501.201, *et seq.*, and all other relevant state and local laws.  You violated FDUTPA by failing to disclose that the Equate Product contained elevated levels of Benzene, rendering the Equate Product unsafe for human use.  You also violated the FDUTPA by selling an adulterated and misbranded product in violation of the Food, Drugs, and Cosmetics Act.

On behalf of our client and the Class, we hereby demand that You immediately (1) cease and desist from continuing to sell the defective Equate Product, and (2) make full restitution to all purchasers of the defective and falsely labeled Equate Product of all purchase money obtained from sales thereof.

We also demand that You preserve all documents and other evidence which refers or relates to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the packaging, labeling, and manufacturing process for Your Equate Product;

2. All documents concerning the design, development, supply, production, extraction, and/or testing of the Equate Product manufactured by You;

3. All tests of the Equate Product manufactured by You;

4. All documents concerning the pricing, advertising, marketing, and/or sale of the Equate Product manufactured by You;

5. All communications with customers involving complaints or comments concerning the Equate Product manufactured by You;

6. All documents concerning communications with any retailer involved in the marketing or sale of the Equate Product manufactured by You;

7. All documents concerning communications with federal or state regulators; and

8. All documents concerning the total revenue derived from sales of the Equate Product.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter. If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Very truly yours,

Sarah N. Westcot