# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAWN VAN DER STEEG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., and PERRIGO COMPANY PLC,<br><br>Defendants. | Case No. 0:21-cv-62395-AHS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PERRIGO COMPANY PLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dawn Van der Steeg ("Plaintiff"), hereby dismisses her claims against Defendant Perrigo Company PLC only without prejudice. Plaintiff does not dismiss her claims against Defendant Walmart Inc.

Dated: February 25, 2022

Respectfully Submitted,

By: _/s/ Sarah N. Westcot_
     Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (SBN 1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Attorneys for Plaintiff*

1