UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62395-CIV-SINGHAL

DAWN VAN DER STEEG, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

WALMART, INC., et al.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Perrigo Company PLC Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (DE [24]).  The Court having carefully reviewed the file, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that Defendant Perrigo Company PLC is **DISMISSED WITHOUT PREJUDICE**.  This case remains pending as to Defendant WALMART, INC.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of February 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF